JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SPENCER RECOVERY CENTERS, INC., | No.  CV02-4270 CBM (CWx) |
| Plaintiffs, | No.  CV02-4272 CBM (CWx) |
| v. | JUDGMENT |
| EVAL CO. OF AMERICA, et al. | |
| Defendant. | |
| SPENCER RECOVERY CENTERS, INC., | |
| Plaintiffs, | |
| v. | |
| MARUKYO U.S.A., INC.HEALTH PLAN, et al. | |
| Defendant. | |

The matter before the Court, the Honorable Consuelo B. Marshall, United States District Judge presiding, is the bench trial held on Plaintiff's claim that Defendant failed to comply with the Employee Retirement Income Security Act of

1974, 29 U.S.C. §§ 1001-1381.  Consistent with the Findings of Fact and Conclusions of Law issued herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Spencer Recovery Centers, Inc. and against Defendants Eval Co. et al. and Marukyo U.S.A. et al.

**SO ORDERED.**

DATE: February 14, 2008

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE